## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTHONY BILLINGER,                          :
                                            :  Civil Action No. 2:22-cv-1408
      Plaintiff,                            :
                                            :
    v.                                     :  **Fed. R. Civ. P. 68**
                                            :  **OFFER OF JUDGMENT**
ADAPTIVE BIOTECHNOLOGIES                     :
CORPORATION,                                 :
                                            :
      Defendant.                           :
                                            :

TO PLAINTIFF ANTHONY BILLINGER AND HIS COUNSEL OF RECORD:

Pursuant to Federal Rule of Civil Procedure 68, Defendant ADAPTIVE BIOTECHNOLOGIES CORPORATION (hereinafter "Defendant") hereby offers to allow judgment to be taken against it in this matter for the sum of $50,000.00, inclusive of all costs, specifically including attorneys' fees otherwise recoverable in this action to date.

This offer is made in the interests of judicial economy to the Court, the parties, and their attorneys, and in good faith effort to resolve this matter without further litigation. Nothing in this offer shall be construed as an admission of liability or damages. Evidence of an unaccepted offer is not admissible, except in a proceeding to determine costs. *See* Fed. R. Civ. P. 68(b). This Offer of Judgment is made solely for the purpose of terminating this action as contemplated by Rule 68. Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment, or award to Plaintiff or against Defendant of any amount or benefit, including declaratory or injunctive relief, not expressly offered herein.

Pursuant to the terms of Fed. R. Civ. P. 68, Plaintiff is cautioned that if Defendant's Offer is not accepted and Plaintiff fails to obtain a more favorable judgment, Plaintiff shall not recover

1

EXHIBIT A

post-Offer costs and shall pay Defendant's costs from the time of the Offer. Further, if this Offer is rejected and Plaintiff does not obtain a more favorable judgment, any attorneys' fee claim will be capped as of today.

To accept this offer, Plaintiff must serve written notice of acceptance thereof within fourteen (14) days of the date this Offer is made.

Dated: July 10, 2023                    Respectfully submitted:

                                        By:   /s/ Morgan M. J. Randle
                                              Sunshine R. Fellows, Esquire
                                              PA I.D. No.: 87632
                                              Sunshine.R.Fellows@fmglaw.com
                                              Morgan M.J. Randle, Esquire
                                              Morgan.Randle@fmglaw.com
                                              PA I.D. No.: 324470
                                              Freeman Mathis & Gary, LLP
                                              2009 Mackenzie Way, Suite 100
                                              Cranberry Twp., PA 16066
                                              Phone: 412-629-5190

CLERK'S ENTRY OF JUDGMENT

Date: 7/25/2023

Ryan Merrigan
Docket Clerk

Brandy S. Lonchena
Brandy S. Lonchena